IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JONATHAN K. ISAIAH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No: 4:22-CV-3066 |
| vs. | : | |
| | : | Judge Sim Lake |
| R&L CARRIERS, INC., *et al.,* | : | |
| | : | |
| Defendants. | : | |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL

This matter comes before the Court upon the "Motion to Compel" of Defendants R & L Carriers, Inc. ("RLCI") and R&L Carriers Payroll, L.L.C. ("RLCP") (collectively, "Defendants") filed on June 20, 2023. Defendants seek an order compelling Plaintiff Jonathan K. Isaiah ("Plaintiff") to respond to the Court's Initial Discovery Protocols, Defendants' First Set of Interrogatories, and Defendants' First Set of Request for Production of Documents, and to pay Defendants' reasonable expenses incurred in making such motion, including attorneys' fees.

The Court, having reviewed and considered the record and applicable law, and for good cause shown and in the interest of justice, hereby **GRANTS** Defendants' Motion to Compel. The Court hereby **ORDERS** that Plaintiff shall, by July 5, 2023:

- Respond to the Court's Initial Discovery Protocols;
- Respond to Defendants' First Set of Interrogatories; and
- Respond to Defendants' First Set of Request for Production of Documents.

The Court further hereby **ORDERS** that Plaintiff shall pay Defendants' reasonable expenses incurred in making the Motion to Compel. Defendants shall, by July 5, 2023:

1

- File evidence with the Court establishing the amount of expenses incurred in making its Motion to Compel, including reasonable attorneys' fees.

**ORDERED AND ADJUDGED**, this, the _____ day of July, 2023.

_____
JUDGE SIM LAKE

3125370