United States District Court
Southern District of Texas
**ENTERED**
December 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JONATHAN K. ISAIAH,<br>*Plaintiff,*<br><br>V.<br><br>R & L CARRIERS, INC., ET AL.,<br>*Defendants.* | §<br>§<br>§<br>§   CIVIL ACTION NO. 4:22cv03066<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated November 27, 2023, (Dkt. 34) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this _13th_ day of December, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE